**DAVID J. STEELE**, CA Bar No. 209797
Email:  djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
18101 Von Karman Ave., Suite 1950
Irvine, CA  92612-0163
Telephone:  (949) 476-0757
Facsimile:   (949) 476-8640

**HOWARD A. KROLL**, CA Bar No. 100981
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendant
CHAN LUU, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAN LUU, INC., <br><br> Defendant. | Case No. CV 13-05587 RGK (JCx) <br><br> **STIPULATED NOTICE OF SETTLEMENT** <br><br><br> **Hon. R. Gary Klausner** |

Pursuant to Local Rule 16-15.7, Plaintiff, BWP Media USA Inc., and Defendant, Chan Luu, Inc., (collectively, the "Parties") file this Notice of Settlement.

The Parties are in the process of executing a settlement agreement, which is expected to be completed by November 29, 2013.

As such, the Parties anticipate requesting dismissal of the case on or before December 31, 2013.  The Parties therefore request the Court retain jurisdiction of this matter until December 31, 2013.

In view of the above information, the Parties further request that all upcoming deadlines and hearings be vacated and the Parties given until December 31, 2013 to file dispositive papers.

Dated: November 5, 2013         Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Defendant
CHAN LUU, INC.

Dated: November 5, 2013         SANDERS LAW PLLC

By /s/Craig B. Sanders
Craig B. Sanders

Attorneys for Plaintiff
BWP Media USA Inc.

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2013         /s/David J. Steele
David J. Steele

LLB PAS1265989.1-*-11/4/13 1:56 PM